# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK D. COLEMAN

NO. 2025 KW 1138

**DECEMBER 30, 2025**

---

In Re:   Roderick D. Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-08-0013.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** The district court record shows that on January 8, 2009, the State dismissed the second degree murder charge in docket number 12-08-0013. Thus, relator's request for habeas relief regarding 2008 KW 2375 is moot. Furthermore, a post-verdict attack on the sufficiency of an indictment should be rejected unless the indictment failed to give fair notice of the offense charged or failed to set forth any identifiable offense. See **State v. Thibodeaux**, 98-1673 (La. 9/8/99), 750 So.2d 916, 930, cert. denied, 529 U.S. 1112, 120 S.Ct. 1969, 146 L.Ed.2d 800 (2000). Additionally, in the event relator elects to seek review of the district court's ruling dismissing his application for postconviction relief, filed in 2021 under docket number 02-13-0950, the application shall be filed on or before February 27, 2026, and it should include all the necessary documents needed to review his claims, and a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT